# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| THIRAWAT ATHIKULRAT,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>A. COOPER,<br><br>　　　　　Respondent. | CASE NO. 2:25-cv-00191-TMC-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　Petitioner's federal habeas Petition is dismissed without prejudice.

(3)　The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 29th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　TIFFANY M. CARTWRIGHT
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1